IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JACKIE RAY BROWN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 01-PT-2398-M |
| ) | |
| ATTORNEY GENERAL OF THE ) | |
| STATE OF ALABAMA, ) | |
| ETOWAH COUNTY JAIL, THE C.E.D. ) | **ENTERED** |
| MENTAL HEALTH CENTER, and ) | |
| GALXO SMITHKLINE BEECHAM CORP., ) | DEC 1 9 2002 |
| ) | |
| Defendants. ) | |

---

| | |
|---|---|
| JACKIE RAY BROWN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 01-PT-2400-M |
| ) | |
| ATTORNEY GENERAL OF THE ) | |
| STATE OF ALABAMA, ) | |
| ETOWAH COUNTY JAIL, THE C.E.D. ) | |
| MENTAL HEALTH CENTER, and ) | |
| GALXO SMITHKLINE BEECHAM CORP., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on October 27, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief an be granted under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court files,

including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, or seeking monetary relief from a defendant who is immune pursuant to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

This __19th__ day of December, 2002.

/s/ Robert B. Propst
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE